UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 08-21996-CIV-GOLD/McALILEY

RAMON FRONTADO, and others
similarly-situated,

    Plaintiffs,

v.

THE ERASMUS GROUP, LLC., a Florida
limited liability company, d/b/a Quiznos Sub,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE UPON SETTLEMENT

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement [DE 9], ' Joint Notice of Settlement [DE 15], in which he informs the Court that the parties have reached a settlement of the pending claim.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. This case is ADMINISTRATIVELY CLOSED.

2. The parties are directed to file a Joint Motion for Approval of Settlement Agreement and Entry of Stipulated Judgment within 20 days of the entry of this Order.

3. Because this is a FLSA case, the parties shall file a copy of the settlement agreement for inspection. If the parties would like the review to be conducted *in camera*, the agreement may be submitted via U.S. Mail or by sending it to my e-file inbox at Gold@flsd.uscourts.gov.

4. All pending motions are DENIED AS MOOT and all hearings are

CANCELED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of August, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record